# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENRICO LEVY,  )
 )
      **Plaintiff,**  )
 )
vs.  )    CIVIL NO. 08-cv-306-DRH
 )
STATE OF ILLINOIS DEPARTMENT OF  )
CORRECTIONS, et al.,  )
 )
      **Defendants.**

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This matter is before the Court *sua sponte*. On February 4, 2009, the Court denied Plaintiff's motion to proceed *in forma pauperis* after finding that Plaintiff has had three or more prior prisoner actions dismissed because each was frivolous, malicious, or failed to state a claim upon which relief may be granted. *See* (Doc. 9). The Court also found that Plaintiff was not under imminent danger of serious physical injury. *Id*. Plaintiff was directed to pay the $350 filing fee for this action within 15 days. On February 25, 2009, Plaintiff filed a notice of appeal (Doc. 11). On April 6, 2009, the Seventh Circuit Court of Appeals dismissed Plaintiff's appeal (Doc. 20). The Court has not received payment of the full $350 filing fee for this action. Accordingly, the instant case is **DISMISSED**, with prejudice, pursuant to Rule 41(b) for failing to pay the filing fee as previously ordered by this Court.

    **IT IS SO ORDERED**.

    **DATED:** June 4, 2009

                                              /s/  *David R Herndon*
                                                     **DISTRICT JUDGE**