IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENRICO LEVY, )
)
      **Plaintiff,** )
)
vs. ) CIVIL NO. 08-cv-306-DRH
)
STATE OF ILLINOIS DEPARTMENT )
OF CORRECTIONS, et al., )
)
      **Defendants.**

## JUDGMENT

    This action came before the Court on Plaintiff's motion to proceed *in forma pauperis*. The Court found that Plaintiff has had three or more prior prisoner actions dismissed on the grounds of frivolity, maliciousness, or failure to state a claim upon which relief may be granted, and he is not under imminent danger of serious physical injury. Plaintiff was directed to pay the $350 filing fee and no payment has been received.

    **IT IS THEREFORE ORDERED AND ADJUDGED** that this action is hereby **DISMISSED** with prejudice for failure to pay the filing fee. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

June 4, 2009          By: /s/ *David R Herndon*
*Date*                                            *District Judge*